OPINION — AG — ** WANT TO KNOW CONSTITUTIONALITY OF THIS PROPOSED LEGISLATION ** CHILD CUSTODY BEFORE COURT ON HEARING ON A PETITION THAT SUCH CHILD IS A DELINQUENT . . . CONDUCT OF PARENT . . . NEGLECT (ISSUES) . . . APPEALS . . . WELFARE OF CHILD . . . (JUVENILE, CHILDREN, MINOR, IMPRISONMENT, CRIMINAL LIABILITY, FINES, JUVENILE COURT) . . . IT IS CONSTITUTIONAL. CITE: 10 O.S. 108 [10-108] (RICHARD M. HUFF)